UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | Case No.: 1:14 CV 1891 |
| Plaintiff | ) ) | JUDGE SOLOMON OLIVER, JR. |
| v. | ) ) | |
| OSCAR F. VILLARREAL, | ) ) | |
| Defendant | ) | DEFAULT JUDGMENT |

The court, having granted Plaintiff Securities and Exchange Commission's Application for Final Judgment by Default as to Defendant Oscar Villarreal  (ECF No. 25) in a separate Order on this same date, hereby enters judgment in favor of Plaintiff against Defendant and hereby orders: (1) that Villarreal, his officers, agents, servants, employees, attorneys, and all persons in active concert or participation with them, and each of them, who receive actual notice of the Order, by personal service or otherwise, is permanently enjoined from, directly or indirectly, engaging in transactions, acts, practices or courses of business described above, or in conduct of similar purport and object, in violation of Section 10(b) of the Exchange Act and Exchange Act Rule 10b-5, Section 17(a) of the Securities Act, and Sections 206(1), 206(2), and 206(4) of the Advisers Act and Advisers Act Rule 206(4)-8; (2) that Villarreal is liable for disgorgement and prejudgment interest in the amount of $6,150,462.00; and (3) that Villarreal is liable for civil penalties in the amount of $150,000.

IT IS SO ORDERED.

/s/ SOLOMON OLIVER, JR.
CHIEF JUDGE
UNITED STATES DISTRICT COURT

March 16, 2017